IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DONALD MARION MILLER,
II,

        Appellant,

v.

STATE OF FLORIDA,

        Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4478

Opinion filed January 14, 2015.

An appeal from the Circuit Court for Levy County.
Robert Groeb, Judge.

Donald Marion Miller, II, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

        AFFIRMED.

PADOVANO, CLARK, and MARSTILLER, JJ., CONCUR.